MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

  1301 Clay Street Suite 340S
Oakland, California 94612
Telephone: (510) 637-3701
FAX: (510) 637-3724
Email: stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0035 PJH |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE |
| v. ) | |
| GWENDOLEN STONE, ) | |
|     Defendant. ) | |

    Plaintiff, by and through its attorney of record, and defendant, by and through her attorney, hereby stipulate as follows:

  1. Defendant Gwendolen Stone was originally scheduled for an identification of counsel hearing on February 9, 2011.  Additional time is needed to finalize the retention of private counsel.

  2. The parties agree to continue the setting of the identification of counsel hearing to February 11, 2011 at 9:30 a.m. before the Magistrate Judge Donna M. Ryu and request that the

//

//

1    court set the matter on that day.

2

3       IT IS SO STIPULATED.

4

5    DATED: February 9, 2011                               /s/

6    _____
                                                  STEPHEN CORRIGAN
7                                                 Assistant United States Attorney
                                                  Counsel for United States
8

9    DATED: February 9, 2011                               /s/

10   _____
                                                  GAIL SHIFMAN
                                                  Attorney at Law
11

12

13                                    **ORDER**

14      This matter having come before the Court upon the Stipulation of Counsel and the Court

15   being advised,

16      IT IS ORDERED that an identification of counsel hearing for defendant Gwendolen Stone

17   shall be set on February 11, 2011 at 9:30 a.m. before Magistrate Judge Donna M. Ryu.

18

19

20   DATED: February 10, 2011            _____
                                                  LAUREL BEELER
21                                                United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE
No. CR-11-0035 PJH                          2