1  MELINDA HAAG (CABN 132612)
United States Attorney

2

MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

5

1301 Clay Street Suite 340S
6  Oakland, California 94612
Telephone: (510) 637-3701
7  FAX: (510) 637-3724
Email: stephen.corrigan@usdoj.gov

8

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-11-0035 PJH
                                       )
14        Plaintiff,                   )    STIPULATION AND [PROPOSED]
                                       )    ORDER TO SET HEARING DATE
15    v.                               )
                                       )
16  GWENDOLEN STONE,                   )
                                       )
17        Defendant.                   )
                                       )
18                                     )
                                       )
19  _____)

20        Plaintiff, by and through its attorney of record, and defendant, by and through her

21  attorney, hereby stipulate as follows:

22        1.  Defendant Gwendolen Stone was originally scheduled for an identification of counsel

23  hearing on February 15, 2011.  Additional time is needed to finalize the retention of private

24  counsel.

25        2.  The parties agree to continue the setting of the identification of counsel hearing on

26  February 22, 2011 at 9:30 a.m. before U.S. Magistrate Judge Timothy Bommer and request that

27  //

28  //

STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE
No. CR-11-0035 PJH                          1

1   the court set the matter on that day.

2

3        IT IS SO STIPULATED.

4

5   DATED: February 14, 2011                                    /s/

6                                          _____
                                           STEPHEN G. CORRIGAN
7                                          Assistant United States Attorney
                                           Counsel for United States
8

9   DATED: February 14, 2011                                    /s/

10                                         _____
                                           GAIL SHIFMAN
11                                         Attorney for Defendant Gwendolen Stone

12

13                                    **ORDER**

14       This matter having come before the Court upon the Stipulation of Counsel and the Court

15  being advised,

16       IT IS ORDERED that an identification of counsel hearing for defendant Gwendolen Stone

17  shall be set on February 22, 2011 at 9:30 a.m. before U.S. Magistrate Judge Timothy Bommer.

18

19

20  DATED: February 15, 2011              _____
                                          LAUREL BEELER
21                                        United States Magistrate Judge

22

23

24

25

26

27

28